```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENRIQUE REID,                                    JUDGMENT
                                                 05-CV-1569 (FB)
              Plaintiff,

   -against-

JEFFREY ZACKERMAN, et al.,

              Defendants.
-----------------------------------------------------------------X
```

An Order of Honorable Frederic Block, United States District Judge, having been filed October 21, 2005, dismissing the complaint in its entirety with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the complaint is dismissed in its entirety with prejudice.

Dated: Brooklyn, New York
       October 21, 2005

                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court